An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SUN VALLEY MESQUITE
APARTMENTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
JOHN S. BENTLEY, AN INDIVIDUAL;
AND LISA A. BENTLEY, AN
INDIVIDUAL,
Appellants,
vs.
U.S. BANK NATIONAL ASSOCIATION,
AS SUCCESSOR TRUSTEE FOR THE
REGISTERED HOLDERS OF J.P.
MORGAN CHASE COMMERCIAL
MORTGAGE SECURITIES TRUST
2006-CIBC15 COMMERCIAL
MORTGAGE PASS-THROUGH
CERTIFICATE, SERIES 2006-CIBC15,
Respondent.

No. 63169

**FILED**

JUL 28 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On May 30, 2014, this court issued an order allowing appellants' counsel to withdraw and giving appellants 30 days to either retain new counsel and cause counsel to enter an appearance, or to file a notice that they intend to pursue this appeal in proper person. Our May 30 order cautioned appellants that failure to respond would result in this appeal being dismissed as abandoned. To date, appellants have failed to respond to our order in any way. Accordingly, we conclude that this appeal has been abandoned, and we

ORDER this appeal DISMISSED.

_____, A.C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24515

cc: Hon. Jerry A. Wiese, District Judge
Lansford W. Levitt, Settlement Judge
John S. Bentley
Lisa A. Bentley
Sun Valley Mesquite Apartments, LLC
Jolley Urga Wirth Woodbury & Little
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A